IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRICIA MORRIS AND DUFFY HERMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>MERSCORP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; GMAC MORTGAGE, LLC; DEUTSCHE BANK COMPANY AMERICAS; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50,<br><br>Defendants.<br>_____ | CIVIL 11-00256-DAE-RLP |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 18, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)© and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT DEFENDANTS' MOTION FOR TERMINATING SANCTIONS AND DENY AS MOOT DARREN G. RUSSELL'S EX PARTE MOTION TO WITHDRAW AS COUNSEL," docket entry no. 38, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 8, 2012.



_____
David Alan Ezra
United States District Judge